IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY EARL SHUE**                                                                                                   **PLAINTIFF**
**ADC # 144725**

v.                                        Case No. 4:23-cv-00960-KGB

**ADAM WILSON, Suspect Recovery**
**Team, ACC,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

Plaintiff Timothy Earl Shue is currently in custody at the Varner Unit of the Arkansas Division of Correction (Dkt. No. 2). On May 12, 2025, mail addressed to Mr. Shue at the Varner Unit was returned undeliverable and marked "refused" by someone other than Mr. Shue (Dkt. No. 33). On June 27, 2025, Mr. Shue filed a motion for appointment of counsel (Dkt. No. 34). Mr. Shue asserts that the appointment of counsel would benefit both him and the Court (*Id.*, ¶ 1). Additionally, Mr. Shue states that he has recently been placed in the infirmary due to health issues resulting from his July 17, 2023, injuries (*Id.*, ¶ 3).

Because this case is set for trial the week of November 17, 2025, and the Court is having difficulty sending legal mail to Mr. Shue at his correct address at the Arkansas Division of Correction and because of Mr. Shue's health issues, the Court grants Mr. Shue's motion for appointment of counsel (Dkt. No. 34). The Court appoints Erin Cassinelli of Lassiter & Cassinelli, 1218 West Sixth Street, Little Rock, AR 72201, who is an attorney on the CJA panel pursuant to Local Rule 83.7, to represent Mr. Shue in all further proceedings in this action. The Clerk of the Court is directed to enter Ms. Cassinelli as attorney of record for Mr. Shue and to send counsel the following: (1) a copy of this order, (2) a copy of Local Rule 83.7, and (3) a copy of the docket sheet. Ms. Cassinelli will be provided with a copy of the case file.

So ordered this 2nd day of July, 2025.

                                                 Kristine G. Baker
                                                 Chief United States District Court Judge